**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lee Hess,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　　　Respondents. | No. CV 06-1639-PHX-PGR (JI)<br><br><u>ORDER</u> |

　　　　IT IS ORDERED that the respondents' Motion for Stay Pending Objection to Magistrate Judge's Order of December 5, 2006 (doc. #21) is granted.

　　　　DATED this 18th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge